**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1676**

———————————

GAIL E. TRICE,

Plaintiff - Appellant,

versus

RELIABLE STORES, INCORPORATED,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-95-3146-CCB)

———————————

Submitted: August 13, 1996          Decided: August 27, 1996

———————————

Before WILKINS and NIEMEYER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gail E. Trice, Appellant Pro Se. Mary Jane Saunders, Dominick M. Valencia, Jr., ARTER & HADDEN, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant Gail E. Trice appeals from the district court's order granting summary judgment to Defendant in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Trice v. Reliable Stores, Inc.</u>, No. CA-95-3146-CCB (D. Md. Apr. 8, 1996; May 15, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>